**UNITED STATES DISTRICT COURT**
**FOR THE USDC Northern Indiana**
**LAFAYETTE DIVISION**

Enrique Gonzalez Leiva, et al.
                         Plaintiff,

v.                                         Case No.: 4:19–cv–00087–TLS–JPK
                                                  Chief Judge Theresa L Springmann

Keith Clute, et al.
                         Defendant.

## CLERK'S ENTRY OF DEFAULT

Default is hereby entered against defendant(s)

        Windy Prairie Farm LLC, Keith Clute and Shawn Nower ,

for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure 55(a).

Date:   October 9, 2019         Sincerely,

                                        ROBERT N. TRGOVICH, CLERK


                                        By:  s/   Kimberly S Pflueger
                                              Deputy Clerk