# EXHIBIT 5

| Plaintiff | Days Subjected to TVPRA Violations | Emotional Distress ($200/day) | Economic Damages (Pre-employment Expenses, AEWR Wages, Employer-related Costs) | Punitive Damages | FLSA Liquidated Damages | AWPA Statutory Damages | Total Damages |
|---|---|---|---|---|---|---|---|
| Albino Leyva, Jose | 67 | $13,400.00 | $9,688.75 | $46,177.50 | $6,143.97 | N/A | $75,410.22 |
| Corona Trejo, Rogelio | 67 | $13,400.00 | $9,729.75 | $46,259.50 | $6,143.97 | N/A | $75,533.22 |
| Garcia Arroyo, Gabriel | 64 | $12,800.00 | $9,447.95 | $44,495.90 | $5,708.97 | N/A | $72,452.82 |
| Garcia Arroyo, Valentin | 64 | $12,800.00 | $9,447.95 | $44,495.90 | $5,708.97 | N/A | $72,452.82 |
| Gonzalez Hernandez, Simon | 67 | $13,400.00 | $9,688.75 | $46,177.50 | $6,143.97 | N/A | $75,410.22 |
| Gonzalez Leiva, Enrique | 67 | $13,400.00 | $9,688.75 | $46,177.50 | $6,143.97 | N/A | $75,410.22 |
| Gonzalez Leyva, Raul | 67 | $13,400.00 | $9,688.75 | $46,177.50 | $6,143.97 | N/A | $75,410.22 |
| Lopez Carrasco, Luis | 64 | $12,800.00 | $9,463.95 | $44,527.90 | $5,708.97 | N/A | $72,500.82 |
| Delgado, Kimberly | 67 | $13,400.00 | $7,360.42 | $41,520.84 | $4,350.00 | $2,500.00 | $69,131.26 |
| Total | | $118,800.00 | $84,205.02 | $406,010.04 | $52,196.76 | $2,500.00 | $663,711.82 |