# EXHIBIT 1

AFFIDAVIT OF EMMA HUGHES

I, Emma Hughes, duly cautioned and sworn under penalty of perjury state the following based on personal knowledge:

1. My name is Emma Hughes.
2. I can be reached by telephone at 317-744-6396.
3. I am an attorney admitted to practice law in the state of Indiana. My attorney number is 33861-29.
4. I represent Luis Lopez Carrasco, Gabriel Garcia Arroyo, and Valentin Garcia Arroyo in immigration matters.
5. The above-named clients came to the U.S. with H-2A visas that expired in November 2019.
6. I assisted the above-named clients in completing the application process for a status known as "Continued Presence." The applications were submitted for review by a Special Agent from Homeland Security Investigations, Immigration and Customs Enforcement, U.S. Department of Homeland Security pursuant to 22 U.S.C. § 7105 (c)(3)(iii).
7. This status should permit them to remain in the U.S. while their TVPA case is litigated in federal court.
8. I have also connected my clients to resources in Florida, including offices for the Southern Poverty Law Center (SLPC) in Tallahassee, FL. SLPC has office space in a secured building and they have video conference technology.
9. SLPC has agreed to permit my clients to use their video conference technology to appear before the Northern District of Indiana.

FURTHER AFFIANT SAYETH NAUGHT.

February 6, 2020
Date

Emma Hughes
Emma Hughes