UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| ENRIQUE GONZALEZ LEIVA, ROGELIO CORONA TREJO, GABRIEL GARCIA ARROYO, VALENTIN GARCIA ARROYO, RAUL GONZALEZ LEYVA, LUIS LOPEZ CARRASCO, JOSE ALBINO LEYVA, SIMON GONZALEZ HERNANDEZ, and KIMBERLY DELGADO,<br><br>  Plaintiffs,<br><br>  v.<br><br>WINDY PRAIRIE FARM LLC, KEITH CLUTE, and SHAWN NOWER,<br><br>  Defendants. | CAUSE NO.: 4:19-CV-87-TLS-JPK |

**ORDER**

This matter is before the Court on Plaintiffs' Motion for Entry of Default Judgment [ECF No. 44] filed on June 24, 2020.

Plaintiffs filed the Complaint [ECF No. 1] in this matter on September 11, 2019. The three Defendants were each served by certified mail on September 16, 2020, [ECF Nos. 8–10], making any Answer due by October 7, 2019. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). None of the Defendants filed an answer or otherwise defended, and, on Plaintiffs' Motion [ECF No. 12], the Clerk of Court entered a default against the three Defendants [ECF No. 13]. Following this entry of default, Plaintiffs filed a Motion for Entry of Judgment [ECF No. 14], which the Court referred [ECF No. 15] to Magistrate Judge Kolar for a damages hearing. Following briefing [ECF No. 21], Magistrate Judge Kolar held a damages hearing on February 12, 2020 [ECF No.

25]. After this hearing, Plaintiffs, while the Motion for Entry of Judgment [ECF No. 14] was pending, submitted a motion [ECF No. 29] for leave to file an amended complaint. On February 27, 2020, the Court granted [ECF No. 30] Plaintiffs' motion for leave to file an amended complaint, and as a result, on June 16, 2020, denied as moot [ECF No. 38] Plaintiff's Motion for Entry of Judgment.

Plaintiff submitted affidavits [ECF Nos. 39–41] demonstrating that each Defendant was served with the Amended Complaint [ECF No. 31] on March 13, 2020, making any Answer due by April 3, 2020. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). None of the Defendants filed an answer or otherwise defended, and, on Plaintiffs' Motion [ECF No. 42], the Clerk of Court again entered a default against the three Defendants [ECF No. 43]. Following this entry of default, Plaintiffs filed the instant Motion for Entry of Default Judgment [ECF No. 44].

In this motion Plaintiffs have requested: (1) entry of default judgment against Defendants for violations of the Trafficking Victims Protection Act (forced labor count only); the Fair Labor Standards Act; the Migrant and Seasonal Agriculture Worker Protection Act; and Indiana state contract law; (2) an award of $203,005.02 in compensatory damages to Plaintiffs; (3) an award of $52,196.76 in liquidated damages to Plaintiffs; (4) an award of $406,010.04 in punitive damages to Plaintiffs; (5) an award of $2,500.00 in statutory damages under the Seasonal Agriculture Worker Protection Act to Plaintiff Kimberly Delgado; and (6) all other necessary relief. Mot. Entry Default J. at 3–4, ECF No. 44.

"Upon default, the well-pleaded allegations of a complaint relating to liability are taken as true." *Dundee Cement Co. v. Howard Pipe & Concrete Prods., Inc.*, 722 F.2d 1319, 1323 (7th Cir. 1983). However, "the allegations in the complaint with respect to the amount of the damages are not deemed true." *In re Catt*, 368 F.3d 789, 793 (7th Cir. 2004). While Magistrate Kolar did

hold a damages hearing on this matter [ECF No. 25], the Findings, Report, and Recommendation [ECF No. 32] did not make findings or a recommendation on the amount of damages because Plaintiff sought leave to file an amended complaint.

Federal Rule of Civil Procedure 55(b)(2) states that "[t]he court may conduct hearings or make referrals . . . when, to enter or effectuate judgment, it needs to: (A) conduct an accounting; (B) determine the amount of damages; (C) establish the truth of any allegation by evidence; or (D) investigate any other matter." Fed. R. Civ. P. 55(b)(2).

For these reasons, the Motion for Entry of Default Judgment [ECF No. 44] is TAKEN UNDER ADVISEMENT. It is ORDERED that this case is referred to Magistrate Judge Joshua P. Kolar for purposes of conducting proceedings, including a damages hearing if necessary, and submitting proposed findings of fact and recommendations for the disposition of the Plaintiff's Motion for Entry of Default Judgment [ECF No. 44], pursuant to 28 U.S.C. § 636(b)(1)(B) and N.D. Ind. L.R. 72-1(b).

SO ORDERED on August 25, 2020.

                                               s/ Theresa L. Springmann
                                              JUDGE THERESA L. SPRINGMANN
                                              UNITED STATES DISTRICT COURT